UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>EVERGREEN INN & PUB INC.,<br><br>        Defendant. | Case No. 21-cv-05912-SVK<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE FOR JOINT SITE INSPECTION**<br><br>Re: Dkt. No. 15 |

Before the Court is the Parties' December 13, 2021 stipulation to extend the deadline for the joint site inspection from October 22, 2021 to January 13, 2022. Dkt. 15. A stipulation to extend the joint site inspection deadline must be filed within 30 days of original deadline. Plaintiff's counsel is well aware of the rule and this Court's dim view of his often flagrant disregard for the rule. <u>This is Plaintiff's final warning</u>. Any further missed deadlines set forth in General Order 56 will be grounds for dismissal of this action for failure to prosecute.

**SO ORDERED.**

Dated: December 20, 2021

SUSAN VAN KEULEN
United States Magistrate Judge